■ In the Matter of DAVID USDAN, Deceased. FRANCES U. BERKOWITZ, Appellant; MARTIN J. USDAN et al., Respondents. In the Matter of the Estate of MAY USDAN, Deceased. FRANCES U. BERKOWITZ, Appellant; MARTIN J. USDAN et al., Respondents.—Consolidated appeals from stated portions of two orders of the Surrogate's Court, Nassau County (Radigan, S.), both dated December 23, 1987.

Ordered that the orders are affirmed insofar as appealed from, with one bill of costs payable by the appellant personally, for reasons stated by Surrogate Radigan. Thompson, J. P., Lawrence, Balletta and Rosenblatt, JJ., concur.